1 Amy E. Clark Kleinpeter, State Bar Number 223491
Clark Kleinpeter Law
2 630 E. Main St. #67
Alhambra, CA 91801
3 Telephone: (626) 507-8090
Fax: (626) 737-6030
4 Email: amyck1@gmail.com
5
6 Attorney for Robert Westre, Plaintiff
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | | |
|---|---|
| Robert Westre, an individual, | ) Case No. 2:09-cv-07049-GAF-AN |
| | ) ORDER GRANTING |
| Plaintiff, | ) STIPULATION OF VOLUNTARY |
| | ) DISMISSAL PURSUANT TO |
| vs. | ) F.R.C.P. 41(a)(1)(ii) |
| Diaz & Associates, Inc., a Nevada | ) |
| corporation, Victor Diaz, an individual, | ) |
| Juan Viveros, an individual, and Does 1-10, | ) |
| | ) |
| Defendants. | ) |

17 IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

18 respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice

19 against the defendant Diaz & Associates, Inc., a Nevada corporation, Victor Diaz, an individual,

20 Juan Viveros, an individual, and Does 1-10, pursuant to the Federal Rules of Civil Procedure

21 41(a)(1)(ii).

22 Date:   October 6,  2010

23

24 By   ~/s/ Amy E. Clark Kleinpeter~
Amy E. Clark Kleinpeter, #223491
25 Clark Kleinpeter Law
Attorney for Robert Westre, Plaintiff

26 Date:   October 6, 2010

27 By   ~/s/ Brandon Reeves~
Brandon Reeves
28 Ellis, LaVoie, Poirier, Steinheimer & McGee, LLP
Attorney for Victor Diaz, Diaz & Associates and
Juan Viveros, Defendants

1  ORDER OF DISMISSAL

2  SO ORDERED:

3

4  _____

5  United States District/~~Magistrate~~ Judge

6  Dated:  October 8, 2010

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28